**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-19ML** **DATE: April 6, 2005**

**TITLE: Lorraine Femino v. NFA Corp., et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**



**C[illegible]ed**

**IN COURT:**

---

**COUNSEL PRESENT:** [illegible] se[illegible]
Gary[illegible]
W[illegible]

**PROCEEDINGS:**

Motion to Dismiss of Dorothy Mattiello and Bruce Barth

Argument

**RULING:**

Court takes under advisement.
R&R to follow.