UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

The plaintiff confirmed that "the complaint against Mattiello and Barth pertains only defendants refusal to provide plaintiff a copy of a previous Summary Plan Description …" Affidavit of Lorraine Femino of March 5, 2005, p.1. That claim does not serve as a proper basis for these two individuals to be defendants in this frivolous action. The Affidavit of Dorothy A. Mattiello simply confirms what was never contested – Ms. Mattiello is the Human Resources Director and not the Plan Administrator. Attorney Barth and Ms. Mattiello are not proper parties to this case and should be dismissed at this time. Accord Ross v. Rail Car American Disability Income Plan, 285 F.3d 735 (8th Cir. 2002). The motion to dismiss should be granted.

16

Respectfully submitted

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 22nd day of April, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

# 2792731_v1