**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-19ML** **DATE: June 8, 2005**

**TITLE: LORRAINE FEMINO v. NFA CORP.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Lorraine Femino, Pro Se
William O'Gara, Esq.

**PROCEEDINGS:**

Rule 16 Conference
Deadlines set
Order to follow