# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **vs** | ) | **CA 05-CV-19ML** |
| | ) | |
| **NFA CORPORATION, ET AL** | ) | |
| | ) | |
| **Defendant (s)** | ) | |

## DESIGNATION OF NEUTRAL

The parties in the above captioned matter have elected to pursue mediation of this matter and have selected **Berry B. Mitchell** as mediator. Mediation is scheduled for July 25, 2005 @ 10:00 AM.

Berry B. Mitchell
ADR Administrator/Mediator

Dated: 7/14/05

ENTERED