UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br><br>v.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | C.A. No. 05-019ML |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST FOR SUPPLEMENTAL PLEADING AND MONETARY RELIEF**

Defendants' hereby object to the Plaintiff's Request For Supplemental Pleading and Monetary Relief.

Respectfully submitted

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

24

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 27th day of July, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

# 3078103_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S REQUEST FOR SUPPLEMENTAL PLEADING AND MONETARY RELIEF**

Plaintiff has filed a document entitled a "Request For A Supplemental Pleading and Monetary Relief," which appears in substance to constitute a Rule 15(a) motion to amend her Complaint in this ERISA action.[1] Plaintiff's motion papers are ambiguous and confusing. However, she explains in her motion that she is seeking to amend to state claims for "specific monetary damages" for violations of ERISA. This proposed amendment would be futile, since ERISA restricts plan beneficiaries to equitable relief with no recourse to money damages. *See* 28 U.S.C. § 1132(a)(3); *Mertens v. Hewitt Associates*, 508 U.S. 248, 255 (1993). "[F]utility is fully sufficient to justify the denial of a motion to amend." *Hatch v. Department for Children, Youth & Their Families (Hatch I)*, 274 F.3d 12 (1st Cir. 2001).

Accordingly, Plaintiff's motion should be denied.

[1] Upon information and belief, plaintiff's "friend," Gary Morse, a non-lawyer, is continuing to prepare pleadings and engage in the unauthorized practice of law on behalf of the plaintiff, despite the previous admonishments of the Court, and in violation of R.I. Gen. Laws § 11-27-1 *et seq*.

Respectfully submitted

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 27th day of July, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Oliveira

# 3078103_v2