**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and Bruce Barth in his capacity as ATTORNEY FOR NFA CORPORATION** | : | |

**MOTION FOR INJUNCTIVE RELIEF TO DENY DEFENDANTS REQUEST FOR DEPOSITION OF GARY MORSE**

Gary Morse, being a non-party in the above matter and learning of defendants Notice of Deposition only on August 9, 2005, submits an objection based on F.R.C.P. 26(c) to defendant's request for deposition. A Memorandum of Law is attached.

Gary Morse, Pro Se

25 Teed Avenue
Barrington,
Rhode Island 02828
Tel: (401) 247-0055

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10th day of August, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Gary Morse

Gary Morse, Pro Se
25 Teed Avenue
Barrington, R.I. 02806
(401) 247-0055

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and Bruce Barth in his capacity as ATTORNEY FOR NFA CORPORATION** | : | |

**MEMORANDUM OF LAW SUPPORTING THE REQUEST TO DENY DEFENDANTS REQUEST FOR DEPOSITION OF GARY MORSE**

Gary Morse, being a non-party in the above matter, did learn through plaintiff on August 9, 2005 of a Notice of Deposition requested by defendants to be scheduled on or about August 15, 2005. Gary Morse has not yet seen the notice, but does object to being served a Notice of Deposition under F.R.C.P. 30 and respectfully requests the Court deny the request as may be allowed under F.R.C.P. 26(c).

Gary Morse, being duly sworn, declares and states reasons for the request to deny as follows;

1. Gary Morse has information and belief that the deposition is to seek information which will become available as a result of plaintiffs filing of the Motion for Injunctive Relief filed on August 3, 2005. The deposition is sufficiently related to matters this Court will be examining shortly and therefore the deposition is a redundant effort.

2. Plaintiff and Gary Morse did previously attempt in good faith to establish out-of-court discussions with defendants on matters pertaining to this complaint, but have been rebuffed on every occasion including the failed Court ordered mediation of July 25, 2005 where attorney William O'Gara did abandon a duty to mediate in good faith instead using the mediation session to coerce and intimidate plaintiff. See also attached recent email to illustrate plaintiff's previous attempts to negotiate this complaint.
3. Defendants being the subpoenaing parties have not taken reasonable steps to request information in an alternate form thus placing an unnecessary burden on Gary Morse and unnecessary stress on chronically ill plaintiff.
4. Gary Morse has acted on behalf of plaintiff under a Durable Power of Attorney and confidentiality agreement as it may pertain to such matters.

For these reasons, Gary Morse respectfully requests this Honorable Court deny defendants request for deposition until this Court has completed an examination of all matters as outlined in the Motion for Injunctive Relief filed by plaintiff on August 3, 2005.

The information in this affidavit is truthful and correct and is provided voluntarily under the penalties of perjury.

Respectfully submitted,

Gary Morse

Gary Morse Pro Se
25 Teed Avenue
Barrington, R.I. 02806
(401) 247-0055

Subscribed and sworn to before me this 10th day of August, 2005

Elizabeth J. Lanni
Notary Public
My Commission Expires

Elizabeth J. Lanni
Notary Public-Rhode Island
My Commission Expires
January 30th, 2008

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10th day of August, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Gary Morse

Gary Morse Pro Se
25 Teed Avenue
Barrington, R.I. 02806
(401) 247-0055

Attachment – June 11, 2005 email message, William O'Gara to Gary Morse

**From:** <bill.ogara@hklaw.com>
**To:** <garycb1234@juno.com>
**Date:** Sat, 11 Jun 2005 06:50:42 -0400
**Subject:** RE: Lorraine Femino v NFA Corp

---

Mr. Morse: I do not wish to communicate with you regarding this case.
Bill O'Gara

-----Original Message-----
From: Gary M Morse [mailto:garycb1234@juno.com]
Sent: Friday, June 10, 2005 9:15 AM
To: bill.ogara@hklaw.com
Cc: lfemino@yahoo.com
Subject: Lorraine Femino v NFA Corp

Mr. O'Gara,

Lorraine Femino has previously attempted to establish with you her desire to have me take on responsibilities on matters pertaining to her case.
Up until this time, you have held a position that you do not wish to communicate with either of us. You have been provided a copy of the Durable Power of Attorney authorizing me to speak on her behalf.

Since Judge Almond did make it clear this week "he does not care what goes on outside the courtroom", there is nothing that would preclude you from establishing communications with me on Ms Femino's behalf to satisfy her request in this matter. Since Ms. Femino has made it clear she has been placed at a disadvantage due to this continuing silence, opening communications can only help expedite this case.

If you do not wish to open communications, I would appreciate either a reply to this email or a phone call (247-0055). If you would prefer to leave a message only with Ms. Femino, she is also copied on this email and could be replied to directly or by a phone message to 949-4933.

Thank you for your time in this matter.

Gary Morse