UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**OBJECTION**

Defendants object to the request for injunctive relief for the reasons set forth in the accompanying Memorandum of Law.

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 8th day of August, 2005 to: Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828

Suzy Olivein

# 3116818_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MEMORANDUM IN SUPPORT OF OBJECTION TO REQUEST FOR INJUNCTIVE RELIEF**

The purported basis for the request for injunctive relief is that defense counsel "intimidated and coerced plaintiff helpers to abandon support." Based on the memorandum filed in support of the motion and the barrage of pleadings already filed in this action, it appears that plaintiff's "helper" – Gary Morse – continues to research and draft pleadings on her behalf[1].

The instant motion was triggered by the defendants' insistence that this representation cease and their efforts to secure Mr. Morse's attendance at a deposition scheduled for August 15, 2005.

This motion must be denied.

[1] Mr. Morse apparently now refers to himself as "helper" instead of "attorney-in-fact".

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 9th day of August, 2005 to: Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828

# 3116819_v1