**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**REPLY MEMORANDUM OPPOSING DEFENDANTS OBJECTION TO PLAINTIFFS REQUEST FOR INJUNCTIVE RELIEF**

Plaintiff respectfully submits a response to defendant's opposition to plaintiff's request for a Motion for Injunctive Relief. Defendants state issues that are not factual pertaining to this matter. A Memorandum of Law is attached.

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and Bruce Barth in his capacity as ATTORNEY FOR NFA CORPORATION** | : | |

**REPLY MEMORANDUM OPPOSING DEFENDANTS OBJECTION TO PLAINTIFFS REQUEST FOR INJUNCTIVE RELIEF**

Plaintiff states that defendant's basis for opposition to plaintiff's request for Injunctive Relief being that it is a shield to avoid deposition of Gary Morse is not factual. Plaintiff's motion was filed on August 3, 2005. Plaintiff did not known of, or receive defendants subpoena until a day later on August 4, 2005 sent by certified mail. Plaintiff's request for Injunctive Relief is to settle a legitimate matter of law establishing plaintiff's rights under the Americans with Disabilities Act of 1990.

Respectfully submitted,

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 16 day of August, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 16 day of August, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933