**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and Bruce Barth in his capacity as ATTORNEY FOR PLAN ADMINISTRATOR** | : | |

**PLAINTIFF SUBMITS A MOTION REQUESTING DISMISSAL OF DEFENDANTS DOROTHY MATTIELLO AND BRUCE BARTH WITH STIPULATION**

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter and moves this Honorable Court to dismiss defendants Dorothy Mattiello and Bruce Barth with Stipulation. A Memorandum of Law is attached with explanation.

Plaintiff Lorraine Femino
Pro Se

4 Bayou Drive
Greenville, R I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 14th day of September, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | |
| | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and Bruce Barth in his capacity as ATTORNEY FOR NFA CORPORATION** | : | |

**MEMORANDUM OF LAW ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS DOROTHY MATTIELLO AND BRUCE BARTH WITH STIPULATION**

Plaintiff respectfully submits a request to this Honorable Court to dismiss defendants Dorothy Mattiello and Bruce Barth under F.R.C.P. 41. In the Memorandum and Order regarding defendants Motion to Dismiss, plaintiff was granted leave to file an amended complaint. Plaintiff does voluntarily waive all rights to amend the complaint against defendants Mattiello and Barth and requests dismissal of defendants Mattiello and Barth from the complaint with the following stipulation;

1. Plaintiff voluntarily releases defendants Mattiello and Barth from all current or future claims relating to this complaint and requests defendants Mattiello and Barth be dismissed from the complaint in consideration that no

subsequent claim for damages shall be filed by any party pertaining to the complaint as filed by plaintiff against defendants Mattiello and Barth.

Plaintiff requests the Court consider in this matter the fact that plaintiff did receive the requested document 1995 SPD which was provided through defendants Counsel, William O'Gara, on June 16, 2005. Also, given plaintiff's ongoing chronic illness, it is in plaintiff's best interest to limit activity in the complaint to being only towards the primary complaint against defendant NFA Corporation.

For these reasons, plaintiff respectfully requests this Honorable Court dismiss defendants Dorothy Mattiello and Bruce Barth from the complaint with the stipulation as stated herein.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 14th day of September, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933