UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**NOTICE OF DEPOSITION**

DATE: September 26, 2005

TIME: 10:00 A.M.

PLACE: One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

DEPONENT: GARY MORSE
25 Teed Avenue
Barrington, Rhode Island 02806

PLEASE TAKE NOTICE that pursuant to Rhode Island Rules of Civil Procedure, Rule 30, Defendants' counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the office of HOLLAND & KNIGHT LLP, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

Respondents,
By their attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esquire (#4257)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid, to Lorraine Femino, 4 Bayou Drive, Greenville, Rhode Island 02828 on this 20th day of September, 2005.

Suzy Oliveira

# 3236727_v1

EXHIBIT A

1. All documents including but not limited to pleadings, complaints, motions, legal research, communications, memoranda, affidavits, correspondence or the like that refer or relate to Femino v. NFA d/b/a Hope Global, C.A. 05-019ML ("the Action").

2. All communications between you and the plaintiff that refer or relate to the Action.

3. All documents that refer or relate to the plaintiff's employment with the defendants.

4. All documents that refer or relate to any claim for disability benefits filed with any insurance carrier by the plaintiff.

5. All memorandum, notes or the like that refer or relate to any conversation with the defendants or their agents, employees or attorneys.

6. All documents that refer or relate to the plaintiff's employment with Hope Global including but not limited to disability insurance plans, summary plan descriptions and the like.

# 3095004_v1