UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MOTION TO EXTEND DISCOVERY CLOSURE DATE**

The defendant moves to extend the discovery closure date until November 30, 2005 and that the date for filing dispositive motions be extended to December 15, 2005. The reasons are set forth in the attached memorandum.

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 14th day of October, 2005 to: Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828

Suzy Oliveira

# 3305502_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| v. | : | C.A. No. 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Additional time is required to complete discovery because the plaintiff has to date refused to appear for her deposition. The first tactic employed by the plaintiff was to file a motion on August 1, 2005 seeking injunctive relief. Despite the denial of the motion the plaintiff still has refused to appear for her deposition. She now claims that counsel must review with her in advance of the deposition the areas of questioning. Because of the plaintiff's actions, a motion is pending to order her to attend.

In light of the plaintiff's actions, additional time is required to complete discovery and prepare a dispositive motion.

Respectfully submitted

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 14th day of October, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

# 3305513_v1