10/21/05: DENIED. DEFENDANT'S ATTY. IS NOT REQUIRED TO CONFER WITH PLAINTIFF IN ADVANCE OF HER DEPOSITION ABOUT THE SCOPE OF QUESTIONING. DEFENDANT IS ENTITLED TO DEPOSE PLAINTIFF PURSUANT TO RULES 30 and 26(b)(1), Fed.R.Civ.P.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and Bruce Barth in his capacity as ATTORNEY FOR PLAN ADMINISTRATOR** | : | |

## PLAINTIFF REQUESTS MOTION TO COMPEL

Now comes the plaintiff Lorraine Femino in the above-entitled matter and respectfully requests this Honorable Court grant plaintiffs Motion to Compel defendants to discuss directly with plaintiff in advance of plaintiffs deposition what areas should be deemed not relevant as it pertains to the Court ordered relevance limitations of plaintiffs deposition. A Memorandum of Law is attached with explanation.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐ ____
Mary M. Lisi, U.S. District Judge
Date: 10/20/05

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino

4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933