**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**PLAINTIFFS MOTION FOR PROTECTIONS**

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter, respectfully requesting the Court provide protections in oral deposition to plaintiff pursuant to Rule 26 (c) of Fed. Rules of Civil Procedure. A Memorandum is attached.

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino

4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 28th day of October, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| | : | |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |

**MEMORANDUM SUPPORTING PLAINTIFFS MOTION FOR PROTECTIONS IN DEPOSITION**

Plaintiff respectfully submits a motion for protections under Rule 26(c) of Federal Rules of Civil Procedure pertaining to plaintiffs oral deposition by defendants. Plaintiff requests protections due to an undue burden where plaintiff is chronically ill and considered a disabled person due to such illness. See plaintiff's motion to compel where plaintiff did present information on physical and mental limitations of plaintiff due to disability.

Plaintiff respectfully requests that the following areas not be allowed for questioning by defendants as such questions are not relevant to plaintiffs complaint and because such questions present an undue burden to plaintiff in oral deposition.

1. Questions pertaining to how any document has been, or will be created.
2. Questions of how research on matters of statutes of law, legal citations, or other similar information was completed or will be completed.

3. Questions pertaining to the nature of intimate relationships plaintiff may have had, or is having with any person.
4. Questions deemed to be a test of plaintiff's knowledge in matters of the law.
5. Questions pertaining to matters of plaintiffs personal finances or living expenses.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF EFFORTS TO RESOLVE MATTERS WITH DEFENDANTS

I hereby certify on this 28th day of October, 2005, that I believe I have made a good faith effort to resolve with defendants the matters contained in this motion for protections in deposition.

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 28th day of October, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933