UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br><br>v.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | C.A. No. 05-019ML |

**OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTION**

Defendant objects to the motion for the reasons set forth in the attached memorandum.

Respectfully submitted

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 31st day of October, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTION IN DEPOSITION**

This Court has repeatedly denied the motions filed by the plaintiff to prevent the defendant from taking her deposition. Apparently not satisfied with the Court's rulings, she is before the Court with still another motion. The motion should be denied.

Respectfully submitted

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 31st day of October, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Oliveira

# 3341250_v1