**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**REPLY TO DEFENDANTS OBJECTIONS TO MOTION FOR PROTECTIONS**

Plaintiff files a reply to defendants objections to the motion for protections set forth in the attached memorandum.

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 3rd day of November, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**REPLY MEMORANDUM TO DEFENDANTS OBJECTIONS OF PLAINTIFFS MOTION FOR PROTECTIONS IN DEPOSITION**

Plaintiff denies that defendants are being delayed in the deposition by plaintiffs request for protective order. Plaintiff did send defendants an email establishing a reasonable date for deposition being within 2 days of a date requested by defendants. See attached October 27, 2005 email from plaintiff to defendants. Plaintiff did not wait for protective order to provide defendants with a date for deposition.

Plaintiffs request for protective order involves areas that have no relevance to the instant case or to the EEOC action EEOC#16JA400282 filed against NFA Corp.. No answer to any question in the areas plaintiff has asked for protective order on would make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.

Defendant's objections to protective order show that defendants do have intent to ask questions that have no relevance to the complaint and would serve to intimidate and harass plaintiff. Plaintiff does have information and belief that since the Court

ordered mediation session in July, defendants have used a strategy intended to wear down plaintiff to the point of abandoning this complaint. Actions having the purpose to interfere with a disabled person exercising protected rights, or against a person assisting a disabled person exercising protected rights, is a violation of federal law under Title V, section 503 (b) of the Americans with Disabilities Act of 1990.

Plaintiff respectfully requests that protective order be granted.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933

Attachment – Email dated October 27, 2005 from plaintiff to Counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 3rd day of November, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I 02828
(401)-949-4933