Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web [Search]

YAHOO! MAIL Welcome, **lfemino**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help




Mail | Addresses | Calendar | Notepad | What's New - Mail For Mobile - Upgrades - Options

Check Mail | Compose | Search Mail | Search the Web

Get VONAGE & get 1 month FREE!

**Folders** [Add - Edit]
- **Inbox (1)**
- Draft
- **Sent**
- **Bulk (98)** [Empty]
- Trash [Empty]

What's your Credit Score?
Wells Fargo Home Equity Loan
$175,000 Loan for under $875/month!
Alert! $200K loan for $730/month!

Previous | Next | Back to Messages Printable View - Full Headers

Delete | Reply | Forward | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Thu, 27 Oct 2005 13:23:08 -0700 (PDT)

**From:** "Lorraine femino" <lfemino@yahoo.com> Add to Address Book Add Mobile Alert

**Subject:** RE: femino v hope global

**To:** bill.ogara@hklaw.com

Mr. O'Gara,

I am moving to have a protective order under 26 C, and I assume that the court will move swiftly on this. However, we should should plan on Wednesday, November 16th instead of Monday, November 14th for my deposition due to the schedule of the person assisting me.

Thank you.

Lorraine Femino

***bill.ogara@hklaw.com*** wrote:

> Ms. Femino: If you want a copy of the deposition the court reporter will allow you to purchase it. I expect the cost will be several hundred dollars. If you wish to buy a copy, I will send you her contact information.
>
> If you do not provide me with dates for the deposition, I will be forced to file a motion with the court.
>
> I look forward to your response.
>
> ---
>
> **From:** Lorraine femino [mailto:lfemino@yahoo.com]
> **Sent:** Tuesday, September 27, 2005 1:19 PM
> **To:** bill.ogara@hklaw.com
> **Subject:** RE: femino v hope global