**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**REPLY TO DEFENDANTS OBJECTIONS TO PLAINTIFFS MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE**

Plaintiff files a reply to defendants objections to plaintiffs motion for extension of discovery closure date set forth in the attached memorandum.

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 8th day of November, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-19ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |
| | : | |

**REPLY MEMORANDUM TO DEFENDANTS OBJECTIONS TO PLAINTIFFS MOTION FOR EXTENSION OF DISCOVERY CLOSURE DATE**

Plaintiff does have intent to file suit against NFA Corp. in the pending matter of EOC#16JA400282 should a notice of right to sue is granted from the EEOC. Plaintiff has been informed by RICHR that Prudential Insurance Company has not yet provided important documents requested by RICHR in the EEOC investigation accounting for the current delay in this matter.

There exists a history in the First Circuit of hearing cases where ERISA and Federal discrimination complaints are determined side by side without partiality. See e.g. Duckworth v. Pratt & Whitney, Inc. , 152 F.3d 1, 3 (1st Cir. 1998).

The issues to be determined by the Court in both the instant case and the pending EEOC case involves interpretations of specific contractual terms of the disability welfare benefit in the "self reported symptoms" rule of the disability plan DG-67020-RI. Common to both the instant case and the EEOC complaint is a policy where medical evidence submitted by a plan participants doctors for some disabilities is arbitrarily denied inclusion into disability reviews. The instant case centers on a complaint of

breach of fiduciary duty by the plan administrator NFA Corp. by not properly disclosing new policies created by the plan amendment of 1999 where the self reported symptoms rule did have the affect of material modifications to the disability welfare benefit. Plaintiff has information and belief that NFA Corp. was aware of the impact to plan participants created by the self reported symptoms rule in the amended disability plan. See Cause of Action # 3 of the instant case. Treating the instant case and the EEOC complaint separately will add time and expense to all parties. The Court has discretion under Rule 42 (a) of Federal Rules of Civil Procedure to consider consolidation of cases where common matters of law are being determined to avoid unnecessary costs or delay.

Matters contained in the EEOC complaint are important to plaintiff, and also other plan participants forced to resolve legitimate claims for disability benefits through the Courts rather than in the light of a fair and complete disability review.

Accordingly, plaintiff respectfully requests that the motion for extension of discovery closure date to allow resolution of the EEOC investigation be granted.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 8th day of October, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933