**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**MOTION FOR ORDER COMPELLING DISCOVERY**

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter, pursuant to Rule 37(a) of Federal Rules of Civil Procedure respectfully requesting the Court compel defendants to provide requested documents. The reasons are set forth in the attached memorandum.

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 5th day of December, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-19ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |
| | : | |
| | : | |

**MEMORANDUM SUPPORTING PLAINTIFFS MOTION TO COMPEL DISCOVERY**

Plaintiff did submit a request to defendants dated October 20, 2005 for plan documents being;

1) All documents pertaining to the current NFA Corp. disability welfare benefit DG-67020-RI.

2) All documents and notes pertaining to the plan amendment of the disability welfare benefit provided to plan participants by NFA Corp d/b/a Hope Global where such plan amendment took place on or about February 1, 1999.

The Plan Administrator is required under 29 USC § 1102 to establish a "written instrument" for any employee benefit plan which names the fiduciaries, the procedures for administration, and procedures for amendments to the plan. The Plan Administrator is also required under 29 USC § 1022 to establish a plan document. Plaintiff received a

reply from defendants without these documents included. Plaintiff was also expecting documents relating to the plan amendment of 1999 as signed and authorized by the named plan administrator, or plan fiduciary, or an assigned fiduciary. Plaintiff did not receive any documents that show information pertaining to authorization by the plan administrator towards the plan amendment of 1999. Under 29 USC § 1027, all such records pertaining to the plan amendment of 1999 were required to be retained for a period not less than 6 years.

Plaintiff did send Defendants Counsel an email dated November 24, 2005 inquiring as to when these documents would be provided. Plaintiff also sent a more detailed email on November 25, 2005 specifying the specific documents of interest to plaintiff with a request for status. Plaintiff has had no reply since then from defendants.

Plaintiff's case requires details on the plan amendment of 1999 and on the written procedures for amendments. A claim that these documents are a burden to provide has no merit. Defendants also point to a recent flood at a location not designated as the address of the Plan Administrator as being a reason for not providing the documents. Plaintiff has belief that defendants are currently in the process of recovering all water damaged documents. Also, plaintiff believes that the requested documents would normally be located in other locations other than the location of the flood. Therefore, the reasons stated by defendant for denial of requested documents due to a flood has no merit.

Plaintiff respectfully requests that this Honorable Court compel defendants to provide the documents as requested in this memorandum.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF PLAINTIFFS GOOD FAITH TO RESOLVE THIS ISSUE

I hereby certify on this 5th day of December, 2005 that I believe I have made a good faith effort to resolve this issue directly with defendants without success.

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 5th day of December, 2005 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933