UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br><br>v.<br><br>NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | C.A. No. 05-019ML |

**NOTICE OF DEPOSITION**

DATE: JANUARY 6, 2006

TIME: 10:00 A.M.

PLACE: One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

DEPONENT: Ted Dziedzic
83 Linden Road
Seekonk, MA 02771

PLEASE TAKE NOTICE that pursuant to Rhode Island Rules of Civil Procedure, Rule 30, Plaintiff's counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, on oral examination, which examination will continue from day to day until complete, at the office of HOLLAND & KNIGHT LLP, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

Plaintiff,
By their attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esquire (#4257)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

CERTIFICATION

The undersigned hereby certifies that on the 13th day of December, 2005 a true copy of the with Notice of Deposition was sent via first class mail, postage prepaid, to Lorraine Femino, 4 Bayou Drive, Greenville, Rhode Island 02828

# 3443475_v1