UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The defendant objects to the motion to compel for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 16th day of December, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Oliveira

# 3460774_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORRAINE FEMINO :
:
v. : C.A. No. 05-019ML
:
NFA CORPORATION d/b/a HOPE GLOBAL :
and DOROTHY MATTIELLO in her capacity :
as HOPE GLOBAL HUMAN RESOURCES :
VICE PRESIDENT and NFA CORPORATION :
and BRUCE BARTH in his capacity as :
ATTORNEY FOR NFA CORPORATION :

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO COMPEL**

The defendant has provided the plaintiff with the documents that relate to the claims she has asserted. Exhibit 1. The motion should be denied.

Respectfully submitted

DEFENDANT,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 16th day of December, 2005 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Oliveira

# 3460800_v1