EXHIBIT 1

ALL-STATE LEGAL®

Sedgwick Noble Lowndes

40 Broad Street, Boston, Massachusetts 02109
Telephone (617) 357-6600. Facsimile (617) 357-6656

# TRANSMITTAL

☐ URGENT

DATE 11/20/98

FAX NO.

TO Dorothy Mattiello

FROM Jodi Kaufman

TOTAL PAGES TRANSMITTED 2 (INCLUDING THIS COVER SHEET)

RE Marketing Analysis

Dorothy,

I noticed Sun life was cut off the prior 1st exhibit printing. Here is a revised copy.

Jodi

SJ-5015-1-A

NOV-20-1998 12:38 SEDGWICK 617 357 6656 P.02/02

[redacted]

| | The Hartford (Incumbent) | Prudential | SunLife |
|---|---|---|---|
| **Life/AD&D** | | | |
| *Plan Design:* | Assumes Current Plan Design | Assumes Current Plan Design | Assumes Current Plan Design |
| *Basic Life Rate:* | $.22/$1,000 of covered benefit | $.19/$1,000 of covered benefit | $.18/$1,000 of covered benefit |
| *Annual Basic Life Premium:* | **$50,067** | **$43,240** | **$40,964** |
| *Basic AD&D Rate:* | $.03/$1,000 of covered benefit | $.03/$1,000 of covered benefit | $.03/$1,000 of covered benefit |
| *Annual AD&D Premium:* | **$6,827** | **$6,827** | **$6,827** |
| *Total Basic Life/AD&D Premium:* | **$56,894** | **$50,067** | **$47,791** |
| *Rate Guarantee* | N/A | 2 Years | 2 Years |
| **Long Term Disability** | | | |
| *Plan Design:* | Assumes Current Plan Design | Variations from Current:<br>Own Occupation Definition: 2 years<br>Survivor Benefit: 6 mos. | Variations from Current:<br>Own Occupation Definition: 2 years |
| *LTD Rate:* | **$.45/100** | **$.42/100** | **$.46/100** |
| *LTD Premium* | **$20,548** | **$19,178** | **$21,005** |
| *Rate Guarantee* | N/A | 2 Years | 2 Years |

Basic Life/AD&D Volume: $18,964,900
Long Term Disability Volume: $380,520

TOTAL P

2170 West State Road 434
Suite 100
Longwood, FL 32779

Fax: 407-682-5270
Phone: 800-251-7752 ext.5380

**The Hartford**

# Fax

**To:** Dorothy Mattiello **From:** Melanie Fava

**Fax:** 401-334-6453

**Phone:** **Date:** November 23, 1998

**Re:** NFA quote

Urgent X For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

● **Comments:**

Hello Dorothy,

Here is the quote that we discussed. It doesn't look like we are going to be able to get any way near what you are getting in from other carriers.

Please review and advise if you have any questions.

Thanks

Melanie

| | |
|---|---|
| Short Term Disability: | All Active Full-time Employees<br>1-8-13<br>70% to $150 per week<br><br>Rate: $.32/$10 of weekly benefit |
| Long Term Disability: | Class I: All Active Full-time Employees earning $30,000+ per year<br>Class II: All Active Full-time Employees earning less than $30,000<br><br>60% to $5,000<br>$100 minimum benefit<br>5 year own occupation - Class I<br>3 year own occupation - Class II<br>3 month survivor benefit<br>3/3/12 pre-existing condition limitation<br>Reducing benefit duration<br>24 month Mental/Nervous & Drug/Alcohol<br>Conversion included<br>Family social security offsets<br>35% participation required<br><br>Rate: $1.57/$100 of covered payroll<br><br>The above proposed rate can be reduced to $1.49/$100 of covered payroll by changing the Own Occ definition to 2 years for the entire group. |

Assumptions:
All other plan provisions remain as currently inforce
2 year rate guarantee
Net of commissions
1 billing unit, experience unit and 1 booklet
31 day grace period
Supplemental Life, STD and LTD are contributory
Abilities LTD Contract applies
Standard Hartford language applies
Actively at work provision applies

Dorothy, if you have any questions or need anything else with regard to this quote please don't hesitate to contact either Melanie Fava at ext. 5380 or myself at ext. 5188.

Thank you.

/lw

Hartford Life

November 20, 1998

Attn: Dorothy M. Mattiello
Hope Webbing Company

From: Linda Whitaker

RE: Chelsea Industries

Dorothy:

We have completed our review of the request for quote for Chelsea Industries. Below are the benefits and rates that we would like to offer:

**Basic Life and AD&D Benefits:**

Class I: Salaried Employees
Two times basic annual earnings to a maximum of $314,000
Age reduction: 50% at age 70; 40% at age 75 and 20% at age 80
Premium waiver to age 65; if disabled prior to age 60
12 month Living Benefit option included

Class II: Hourly Employees
Flat $10,000
Same age reduction, premium waiver and Living Benefit option as Class I

| Rates: | | |
|---|---|---|
| | Basic Life: | $.265/1,000 |
| | Basic AD&D: | $.04/1,000 |

**Supplemental Life:**

All Active Full-time Employees
One times basic annual earnings to a maximum of $314,000
Same age reduction, premium waiver and Living Benefit option as Basic Life

| Rates: | | |
|---|---|---|
| | <30 | $.06/1,000 |
| | 30-34 | .07 |
| | 35-39 | .10 |
| | 40-44 | .16 |
| | 45-49 | .27 |
| | 50-54 | .45 |
| | 55-59 | .73 |
| | 60-64 | .97 |
| | 65-69 | 1.53 |
| | 70-74 | 2.69 |
| | 75+ | 4.49 |

Hartford Life
Group Sales Dept.
2170 W. State Road 434, Suite 100
P.O. Box 917489
Longwood, FL 32791-7489
Telephone 407 682 2886
Toll Free 800 251 7752
Facsimile 407 682 5270

[redacted]

Employ No - agent



| | The Hartford (Incumbent) | Prudential |
|---|---|---|
| **Life/AD&D** | | |
| *Plan Design:* | Assumes Current Plan Design | Assumes Current Plan Design |
| *Basic Life Rate:* | $.22/$1,000 of covered benefit | $.19/$1,000 of covered benefit |
| *Annual Basic Life Premium:* | $50,067 | $43,240 |
| *Basic AD&D Rate:* | $.03/$1,000 of covered benefit | $.03/$1,000 of covered benefit |
| *Annual AD&D Premium:* | $6,827 | $6,827 |
| *Total Basic Life/AD&D Premium:* | $56,894 | $50,067 |
| *Rate Guarantee* | N/A | 2 Years |
| **Long Term Disability** | | |
| *Plan Design:* | Assumes Current Plan Design | Variations from Current:<br>Own Occupation Definition: 2 years<br>Survivor Benefit: 6 mos. |
| *LTD Rate:* | $.45/100 | $.42/100 |
| *LTD Premium* | $20,548 | $19,178 |
| *Rate Guarantee* | N/A | 2 Years |

[redacted]

| | Hartford (Incumbent) | Prudential | SunLife |
|---|---|---|---|
| **Supplemental Life:** | | | |
| *Plan Design:* | Assumes Current Plan Design | Assumes Current Plan Design | Assumes Current Plan Design |
| *Composite Rate:* | $.30/1,000 | | |
| | | ***Step Rated*** | ***Step Rated*** |
| *Step Rate:* | | | |
| Under 24 | | $0.074 | $0.10 |
| 24 - 29 | | $0.074 | $0.11 |
| 30-35 | | $0.084 | $0.14 |
| 35-39 | | $0.102 | $0.22 |
| 40-44 | | $0.159 | $0.31 |
| 45-49 | | $0.271 | $0.39 |
| 50-54 | | $0.447 | $0.48 |
| 55-59 | | $0.699 | $0.74 |
| 60-64 | | $1.091 | $1.06 |
| 65-69 | | $1.957 | $1.06 |
| 70-74 | | $3.504 | $1.80 |
| 75-79 | | $3.504 | $2.93 |
| 80-84 | | $3.504 | $4.45 |
| Rate Guarantee | N/A | 2 years | 2 years |

Sedgwick Noble Lowndes

A Division of Sedgwick of New England, Inc.

**TRANSMITTAL**

[x] URGENT

DATE November 20, 1998

FAX NO 401-723-2800

TO Dorothy Mattiello

COMPANY Hope Webbing

FROM Jodi Kaufmann

TOTAL PAGES TRANSMITTED 3 (INCLUDING THIS COVER PAGE)

RE

NFA, Inc. Marketing

Dorothy,

Enclosed please find two exhibits in regards to the basic life, accidental death and dismemberment, supplemental life and long term disability benefits that we marketed on NFA's behalf. Please let me know if you would like Sedgwick Noble Lowndes to put a more formal report together based upon our results compared to what The Hartford is willing to provide to NFA.

Thank you for your consideration.

Rol...

Sedgwick of New England, Inc.
40 Broad Street, Boston, Massachusetts 02109
Telephone 617-521-6910. Telex 940227. Facsimile 617-357-6656.

Sedgwick Noble Lowndes

A Division of Sedgwick of New England, Inc.

# TRANSMITTAL

[X] URGENT

| | |
|---|---|
| DATE | December 16, 1998 |
| FAX NO | 401-722-7510 |
| TO | Dorothy Mattiello |
| COMPANY | Hope Webbing |
| FROM | Jodi Kaufmann |

TOTAL PAGES TRANSMITTED 5 (INCLUDING THIS COVER PAGE)

RE

Marketing

Dorothy:

The results of Sedgwick Noble Lowndes marketing efforts on behalf of NFA Corporation accompany this fax.

If you have any questions or concerns, please call me.

*Jodi Kaufmann*

Jodi Kaufmann

Sedgwick of New England, Inc.
40 Broad Street, Boston, Massachusetts 02109
Telephone 617.357.6600. Telex 940227. Facsimile 617.357.6656.

## EXECUTIVE SUMMARY

The following summarizes the findings of Sedgwick Noble Lowndes' marketing efforts on behalf of NFA Corporation for the following employee benefits: basic life, accidental death and dismemberment, supplemental life and long term disability.

***Objectives of Marketing:***

- Combine NFA Corporation with Chelsea Industries for purpose of economies of scale.
- Locate vendors that provide competitive rates and are known for their financial stability in the industry.

***Results of Marketing:***

- Sedgwick Noble Lowndes solicited quotes from six vendors on behalf of NFA Corporation. Of these six vendors, three declined to quote. These companies included ReliaStar, UNUM, Allmerica and Phoenix. The Prudential and SunLife provided competitive quotes and are noted on the enclosed exhibits.
- No vendor was willing to combine the sizes of NFA Corporation and Chelsea Industries for the purpose of economies of scale. Since the two groups require separate contracts, separate plan designs, separate IRS filings, etc., the two groups are considered two separate risks.
- No vendor was able to match the current Long Term Disability's definition of own occupation. The current plan offers a 60 month (5 years) own occupation clause. Both vendors that quoted can match the current basic and supplemental life benefits.
- Prudential offered the most competitive quote for all coverages. Prudential's annual premium for basic life and accidental death and dismemberment is **$50,067**. This is a **12% decrease** over current premium with The Hartford based upon $18,964,900 in volume. Prudential's Long Term Disability annual premium is **$19,178**. This is a **6.7% decrease** over current premium with The Hartford.
- Prudential is able to provide a 24 month own occupation clause under the total disability definition in the LTD policy. They are unable to provide the current 60 month definition. The only other plan design difference to note is Prudential offers a richer survivor benefit under the LTD policy at 6x the lesser of 1) the monthly income multiplied by the benefit percentage or 2) the maximum monthly benefit. The Hartford currently provides 3x the lesser of the two.

Sedgwick Noble Lowndes

Page 2

***Recommendations:***

- Terminate coverages with The Hartford and implement coverage with The Prudential
- The Prudential is equipped to provide implementation for a January 1, 1999 effective date.

Sedgwick Noble Lowndes

[redacted]

| | The Hartford (Incumbent) | Prudential | SunLife |
|---|---|---|---|
| **Life/AD&D** | | | |
| *Plan Design:* | Assumes Current Plan Design | Assumes Current Plan Design | Assumes Current Plan Design |
| *Basic Life Rate:* | $.22/$1,000 of covered benefit | $.19/$1,000 of covered benefit | $.18/$1,000 of covered benefit |
| *Annual Basic Life Premium:* | $50,067 | $43,240 | $40,964 |
| *Basic AD&D Rate:* | $.03/$1,000 of covered benefit | $.03/$1,000 of covered benefit | $.03/$1,000 of covered benefit |
| *Annual AD&D Premium:* | $6,827 | $6,827 | $6,827 |
| *Total Basic Life/AD&D Premium:* | $56,894 | $50,067 | $47,791 |
| *Rate Guarantee* | N/A | 2 Years | 2 Years |
| **Long Term Disability** | | | |
| *Plan Design:* | Assumes Current Plan Design | Variations from Current: Own Occupation Definition: 2 years Survivor Benefit: 6 x | Variations from Current: Own Occupation Definition: 2 years |
| *LTD Rate:* | $.45/100 | $.42/100 | $.46/100 |
| | $20,548 | $19,178 | $21,005 |
| *LTD Premium* | | | |
| *Rate Guarantee* | N/A | 2 Years | 2 Years |

Basic Life/AD&D Volume: $18,964,900
Long Term Disability Volume: $380,520

[redacted]

| | Hartford (Incumbent) | Prudential | SunLife |
|---|---|---|---|
| **Supplemental Life:** | | | |
| *Plan Design:* | Assumes Current Plan Design | Assumes Current Plan Design | Assumes Current Plan Design |
| *Composite Rate:* | **$.30/1,000** | ***Step Rated*** | ***Step Rated*** |
| *Step Rate:* | | | |
| Under 24 | | **$0.074** | **$0.10** |
| 24 - 29 | | **$0.074** | **$0.11** |
| 30-35 | | **$0.084** | **$0.14** |
| 35-39 | | **$0.102** | **$0.22** |
| 40-44 | | **$0.159** | **$0.31** |
| 45-49 | | **$0.271** | **$0.39** |
| 50-54 | | **$0.447** | **$0.48** |
| 55-59 | | **$0.699** | **$0.74** |
| 60-64 | | **$1.091** | **$1.06** |
| 65-69 | | **$1.957** | **$1.06** |
| 70-74 | | **$3.504** | **$1.80** |
| 75-79 | | **$3.504** | **$2.93** |
| 80-84 | | **$3.504** | **$4.45** |
| Rate Guarantee | N/A | 2 years | 2 years |

HOPE

Benefit Management Services
P.O. Box 1811
Alpharetta, GA 30023

**RE: GLT 205549**
**NFA Corporation**
**Linda Scandariata**

To Whom It May Concern:

Effective immediately, please ensure all "Explanation of Benefit" forms, as well as all other correspondence be mailed to the following address;

NFA Corporation
C/O Hope Webbing Company
50 Martin Street
Cumberland, RI 02864

Also, RI Elastic Corporation is no longer affiliated with NFA Corporation, and their Benefit Department is concerned about the volume and consistency of information being forwarded to them by ITT Hartford. Please be advised that this is our ***third*** request, and your immediate attention in this matter would be greatly appreciated.

Thank You,

D Mattiello

Dorothy M. Mattiello
Director of Human Resources

cc/Elastic Corp

Mailed 2/11/99 JAS