UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SUPPLEMENTAL PLEADING**

The defendant hereby objects to the motion to amend the complaint for the reasons set forth in the accompanying memorandum.

Respectfully submitted

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 9th day of January, 2006 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Olivier

# 3497945_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION | : | |

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR SUPPLEMENTAL PLEADING**

With discovery set to close in less than thirty (30) days, plaintiff now seeks to interject new claims into this case. At this point, discovery is almost complete. In addition, the Right to Sue Notice referenced in the motion relates to a distinct claim that the plaintiff has asserted against Hope Global and Prudential Insurance Company and Prudential's processing of the plaintiff's claim for disability benefits. Exhibit 1. The motion should be denied.

Respectfully submitted

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 9th day of January, 2006 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Olivier

# 3497928_v1