**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**REPLY TO DEFENDANTS OBJECTIONS FOR SUPPLEMENTAL PLEADING**

Plaintiff respectfully submits a reply to defendants objection to plaintiffs request for a supplemental pleading. A memorandum of explanation is attached.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 13th day of January, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**REPLY MEMORANDUM TO DEFENDANTS OBJECTIONS FOR SUPPLEMENTAL PLEADING**

Defendants objection to plaintiffs request for a supplemental pleading states that plaintiff has changed the EEOC complaint since the initial filing in 2004. Defendants also claim that the approaching end to the time for discovery should be a deciding factor in denying plaintiffs request for a supplemental pleading. Plaintiff provides the following to show both arguments are without merit.

1) Plaintiff's complaint of violations of the Americans with Disabilities Act of 1990 (ADA) has not changed since the time plaintiff originally filed the complaint in 2004. The basis for the EEOC complaint then and now is to seek relief for "an arbitrary application of a self reported symptom rule". See #3 of defendants Exhibit #1- Charge of Discrimination. This remains the primary EEOC complaint as requested in the supplemental pleading.

2) At the time of filing the EEOC complaint in 2004, the First Circuit only recognized relief under disparate impact theory in Title VII cases. Based on the Supreme Court's ruling in *Smith v City of Jackson*, 125 S Ct. 1536 (March 30, 2005), plaintiff notified the Rhode Island Commission for Human Rights in a letter dated June 16, 2005 that plaintiff intended to pursue the EEOC complaint # 16JA400282 *Lorraine Femino vs. NFA Corp. D/B/A Hope Global* as an ADA claim for relief under disparate impact theory. Defendants were provided a copy of this letter on or about June 17, 2005.

3) The specific EEOC and ERISA supplemental claims for relief will not require new matters for discovery by plaintiff. If defendant needs to ask plaintiff additional questions pertaining to these matters, plaintiff is scheduled for a second deposition on or about January 17, 2006 where questions pertaining to these matters can be asked.

4) Denying plaintiff the request for a supplemental pleading on the EEOC matter will create unnecessary work and expense for the Court and all parties. Plaintiff must file suit on the EEOC matter within 90 days of receipt of the Notice of Right to Sue and will do so as a separate civil action if required. The issues of the EEOC complaint and the instant case are sufficiently related to each other to warrant that this matter be included as a part of the current complaint.

For the reasons stated herein, plaintiff respectfully requests this Honorable Court grant plaintiffs request for Supplemental Pleading.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 13th day of January, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933