oli Attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| VS. | : | Civil Action No. 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL | : | |

## MOTION FOR ORDER COMPELLING DISCOVERY

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter, pursuant to Rule 37(a) of Federal Rules of Civil Procedure respectfully requesting the Court compel defendants to provide requested documents. The reasons are set forth in the attached memorandum.

1/25/06: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
USMJ

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino

4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 12/22/05