"Holland" ARK (5) + 50.00 Fee

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Lorraine Femino

V.

NFA Corp. d/b/a Hope Global, et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-019ML

TO: Dwain Davis
1218 Phoenix Avenue
Cranston, RI 02921

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Holland & Knight, LLP, One Financial Plaza, Suite 1800 Providence, RI 02903 | 2/3/06 at 3:00pm |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all documents related to long term disability benefits provided by Hope Global or any documents provided to you by plaintiff

| PLACE | DATE AND TIME |
|---|---|
| Holland & Knight, LLP, One Financial Plaza, Ste 1800 Providence, RI 02903 | |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for defendant | 1-25-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William E. O'Gara, Esq.
Holland & Knight, LLP, One Financial Plaza, Suite 1800, Providence, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 1-30-06 | Cranston |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Dwain Davis | In hand |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Alan Remillard | Disintrested party |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1-30-06
DATE

[signature]
SIGNATURE OF SERVER

68 Dorranse St Prov. RI 02903
ADDRESS OF SERVER

[signature]