**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

## MOTION FOR EXTENSION OF CLOSURE DATE

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter, respectfully requesting the Court allow a 30 day extension of all closure dates. The reasons are set forth in the attached memorandum.

Plaintiff Lorraine Femino
Pro Se
Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 17th day of February , 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**MEMORANDUM SUPPORTING EXTENSION OF CLOSURE DATES**

Plaintiff is currently waiting for a decision by District Judge Lisi on objections to the denial of plaintiff's motion to compel discovery of documents. Plaintiff did error in understanding that since the submission of objections to Judge Lisi did contain a request for an extension to the discovery closure date, that no other action was required.

Plaintiff did subsequently learn after the closure to discovery which occurred on February 10, 2006, that a Motion requesting an extension of discovery closure was required. Plaintiff did call Counsel for defendants on February 15, 2006 to confer on this issue. Given the pending ruling from Judge Lisi and the possibility of an extension to discovery from that ruling, Counsel for defendants did state that no objections would be raised to plaintiffs request for an extension of 30 days for closure of discovery and all subsequent dates for submission of Dispositive Motions.

Defendants Counsel does not object to the Motion

Plaintiff respectfully requests this Honorable Court allow extension of all closure dates including discovery by 30 days to allow for the anticipated ruling by Judge Lisi on plaintiff's objections to the denial of plaintiffs motion to compel discovery of documents.

Plaintiff Lorraine Femino
Pro Se

4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 17th day of February , 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933