**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED FEB 23 2006

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**MOTION FOR RECONSIDERATION OF PRETRIAL ORDER DENYING PLAINTIFFS MOTION TO COMPEL DISCOVERY OF DOCUMENTS**

Now comes the Plaintiff, Lorraine Femino, in the above-entitled matter pursuant to Federal Rules of Civil Procedure 72 (a) respectfully requesting this Honorable Court reconsider the pretrial order denying plaintiffs Motion to Compel Discovery of Documents. A memorandum of law is attached.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 2/22/06

2/23/06: DENIED. PLAINTIFF HAS SHOWN NO FACTUAL OR LEGAL REASON WHY THIS COURT SHOULD REVERSE THE DENIAL RENDERED ON 1/25/06 AFTER FULL HEARING AND CONSIDERATION.

USMJ



71