UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a<br>HOPE GLOBAL, et al. | :<br>: | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant NFA Corporation hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time from February 24, 2006 until March 24, 2006 to file its motion for summary judgment in the above-styled action. Plaintiff has similarly filed a motion seeking a 30 day enlargement of time for the submissions of dispositive motions. Defendant has not objected to plaintiff's motion.

Wherefore, the Defendant respectfully requests that the Court grant this motion and permit it an enlargement of time until March 24, 2006 (or such other time as the Court deems appropriate) to file its motion for summary judgment.

DEFENDANTS,

By their Attorneys,
HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

William E. O'Gara, Esq. (#4257)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 24th day of February, 2006 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

R. Crolian

# 3611532_v1