UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-19ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**MEMORANDUM AND ORDER**

On January 20, 2005, Plaintiff, Lorraine Femino, initiated this action by filing a Complaint for Injunctive and Declaratory Relief under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, et seq., ("ERISA"). Plaintiff is proceeding *pro se.* Before the Court is Plaintiff's Unopposed Motion for Extension of Closure Dates by thirty (30) days. (Document No. 73). This Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). The Court has determined that no hearing is necessary after reviewing Plaintiff's Memorandum and the case file. For the reasons set forth below, Plaintiff's Motion is GRANTED in part and DENIED in part.

Plaintiff's request to extend discovery is based solely on "the anticipated ruling by Judge Lisi on Plaintiff's objections to the denial of plaintiffs [sic] motion to compel discovery of documents." The Motion to Compel (Document No. 51) was DENIED by this Court after hearing on January 25, 2006. Plaintiff's objection to that denial took the form of a Motion for Reconsideration (Document No. 71) which was referred to this Court by Judge Lisi for determination. On February 23, 2006, the Motion for Reconsideration was also DENIED. (Document No. 74).

In view of such denial, there is no valid basis for Plaintiff's request to extend discovery by thirty (30) days. Thus, that request is DENIED. However, in deference to Plaintiff's *pro se* status

and given the lack of any objection by Defendant's counsel, the request to extend the Dispositive Motion and Pretrial Memorandum deadlines by thirty (30) days is GRANTED.

For the foregoing reasons, Plaintiff's Motion for Extension of Closure Dates (Document No. 73) is GRANTED in part and DENIED in part. Discovery remains closed as of February 10, 2006. However, the Dispositive Motion deadline is extended until March 27, 2006, and the Pretrial Memorandum deadline is extended until April 13, 2006 if no Dispositive motions are filed and, if any such motions are filed, the deadline is thirty (30) days after a decision on any dispositive motions.

LINCOLN D. ALMOND
United States Magistrate Judge
February 24, 2006