UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| v. | : | C.A. No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**WITHDRAWAL OF APPEARANCE**

Robert J. Crohan Jr. hereby withdraws his appearance as co-counsel for the Defendants in this action. Co-counsel William E. O'Gara, Esquire, will continue to represent the Defendants.

Robert J. Crohan Jr.

Robert J. Crohan Jr., Esq. (#6516)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by first class mail, postage prepaid on this 24 day of February, 2006 to:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Michele Biagetti

# 3606665_v1