UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

v. C.A. No. 05-19ML

NFA CORPORATION d/b/a HOPE GLOBAL, et al.

**ORDER**

This matter is before the Court on Plaintiff's objection to Magistrate Judge Almond's denial of Plaintiff's motion for reconsideration of the Magistrate Judge's order denying Plaintiff's motion to compel discovery.

Plaintiff filed a motion to compel discovery on December 5, 2005. The Magistrate Judge held a hearing on Plaintiff's motion on January 25, 2006. Magistrate Judge Almond denied Plaintiff's motion in a margin order filed on January 25, 2006. Plaintiff filed a motion for reconsideration of that order on February 1, 2006. That motion was denied by the Magistrate Judge on February 23, 2006. That denial is the subject of this matter.

Local Rule Cv 72(c)(2) provides that any appeal from an order or other ruling of a Magistrate Judge involving a non-dispositive matter "shall consist of a notice of appeal setting forth the basis for the appeal, a memorandum of law which complies with LR Cv 7, and a transcript of any evidentiary hearing(s) before the magistrate judge and/or any statements by the magistrate judge of the reasons for the order or ruling." D.R.I. LR Cv 72(c)(2).

Plaintiff has failed to provide the Court with a transcript of the hearing before the

Magistrate Judge. Plaintiff shall provide the Court with a transcript of the hearing before the Magistrate Judge within 20 days of the date of this order.

ENTER:

Mary M. Lisi

Mary M. Lisi
United States District Judge
March 8, 2006