**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**PLAINTIFFS MOTION REQUESTING RELIEF FROM THE COSTS FOR PROVIDING TRANSCRIPTS IN APPEAL**

Plaintiff Lorraine Femino hereby respectfully requests this Honorable Court grant plaintiff relief from the costs of providing transcripts pursuant to Order by Judge Lisi dated March 8, 2006. Plaintiff attaches a memorandum of explanation.

Respectfully submitted

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10th day of March, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-019ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |
| | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS REQUEST FOR RELIEF FROM COSTS TO PROVIDE TRANSCRIPTS IN APPEAL**

Plaintiff Lorraine Femino respectfully requests this Honorable Court grant plaintiff relief from the costs of providing transcripts of the hearing dated January 25, 2006 held by Magistrate Judge Almond pursuant to Order issued by Judge Lisi dated March 8, 2006 where required transcripts are due by March 28, 2006.

Plaintiff has previously been granted relief by the Court to file this civil action as in forma pauperis due to plaintiffs finances. Plaintiffs finances have since worsened due to escalating costs of living where offsets from public assistance have not kept pace with rising costs. Plaintiffs ability to pay the costs of required transcripts in this matter is a substantial financial burden to plaintiff and beyond plaintiff's control to pay.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF PLAINTIFFS NEED FOR FINANCIAL RELIEF IN THIS MATTER

I hereby certify on this 10 th day of March, 2006 that the circumstances of my finances remain at a level where paying for the required costs of transcripts does create a substantial financial burden and where circumstances of disability prevent any financial alternative in this matter.

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10 th day of March, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933