**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| | : | |
| | : | |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |
| | : | |

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to rule 6(b)(1), for an enlargement of time from March 10, 2006 to April 10, 2006 for discovery closure and March 24, 2006 to April 24, 2006 to file its motion for summary judgment. Plaintiff awaits a ruling by District Judge Lisi on plaintiffs appeal to pretrial order denying plaintiffs motion to compel discovery of documents. Plaintiff also respectfully refers the Court to plaintiffs previous request for enlargement of time for discovery closure until March 10, 2006 which plaintiff has not yet received notice on from the Court.

Wherefore, the Plaintiff respectfully requests that the Court grant this motion and permit it an enlargement of time as requested herein or as the Court deems appropriate.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10th day of March, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933