UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

v. CA 05-019 ML

NFA CORPORATION
d/b/a HOPE GLOBAL, et al.

ORDER

On March 2, 2005, Plaintiff filed her appeal from a denial of a motion for reconsideration of the denial of Plaintiff's motion to compel discovery entered by Magistrate Judge Almond. On March 8, 2005, this Court ordered Plaintiff to provide the Court with a transcript of the proceedings before the Magistrate Judge pursuant to the requirements of D.R.I. LR Cv 7(c)(2). In response to that order, Plaintiff requested that she be relieved of the costs of providing a transcript. Plaintiff had been granted to proceed *in forma pauperis* by Magistrate Judge Almond by order dated January 31, 2005.

In the interests of judicial economy, this Court vacates its order of March 8, 2006. In keeping with its concerns for judicial economy, this Court has now listened to the tape-recording of the proceedings before Magistrate Judge Almond on January 25, 2006, during which he heard argument on Plaintiff's motion to compel discovery. This Court notes that Magistrate Judge Almond afforded Plaintiff great latitude in that proceeding and took great pains to explain to her the basis for his denial of this motion.

Having now had the benefit of hearing Plaintiff's argument before the Magistrate Judge and his oral ruling on the motion, this Court finds that there is no basis in law or

fact to overturn the Magistrate Judge's denial of Plaintiff's motion to compel.

Accordingly, Plaintiff's appeal from the denial of Plaintiff's motion to compel and motion for reconsideration is hereby DENIED and DISMISSED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
United States District Judge
March 14, 2006