**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL, et al.** | : | |

**MOTION REQUESTING RECONSIDERATION OF DENIAL OF PLAINTIFFS APPEAL TO PRETRIAL ORDER**

Plaintiff respectfully requests reconsideration of the Order dated March 14, 2006 from Judge Lisi. A memorandum of explanation is attached.

Respectfully submitted

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15 th day of March, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| VS. | : | Civil Action No. 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**MEMORANDUM SUPPORTING REQUEST FOR RECONSIDERATION OF APPEAL OF PRETRIAL ORDER**

Plaintiff has received the Order dated March 14, 2006 from Judge Lisi denying plaintiffs request for appeal of the Magistrate Judges order dated February 23, 2006 and requests reconsideration of the Courts position that Judge Almond afforded great latitude to plaintiff in that proceeding and therefore the basis for the appeal will not be heard.

Plaintiffs comes before this Honorable Court as a disabled person who suffers from a diagnosed cognitive disability which substantially limits plaintiff in the environment of an oral hearing. Plaintiff has previously been granted by the Court the ability to read from prepared notes in oral hearings as a result of the diagnosed cognitive disorder. In advance of the hearing of January 25, 2006, plaintiff did contact the Court in advance to confirm that previous accommodations due to disability would be extended as had been previously allowed which did include reading from prepared notes. The basis for plaintiff's belief that plaintiff was not afforded a full hearing is that plaintiff was not

allowed to read all of plaintiffs prepared statements on the matters before the Court in the hearing of January 25, 2006.

Plaintiff respectfully requests that this Honorable Court reconsider the matter of plaintiffs appeal on a basis that a full hearing was not afforded to plaintiff in accordance with accommodations due to disability as granted by this Honorable Court in advance of the hearing.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15th day of March, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933