FOR THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lorraine Femino :
:
VS. : C.A. NO.: 05-019ML
:
NFA Corporation, d/b/a Hope :
Global and Dorothy Mattiello :
In her Capacity as Hope Global :
Human Resources Vice President :
And NFA Corporation and Bruce :
Barth in his Capacity as :
Attorney for NFA Corporation :

COURT ORIGINAL

DEPOSITION OF LORRAINE FEMINO, the Plaintiff in the above-entitled cause, taken on behalf of the Defendants, before Elizabeth Greeley, Notary Public, in and for the State of Rhode Island, at the offices of Holland and Knight, One Financial Plaza, Providence, Rhode Island, on December 19, 2005 at 10:00 A.M.

PRESENT:
FOR THE PLAINTIFF.........BY: LORRAINE FEMINO, PRO SE
FOR THE DEFENDANTS........HOLLAND & KNIGHT
BY: WILLIAM O'GARA, ESQUIRE

ALSO PRESENT:
KRISTEN ARESON
DOROTHY MATTIELLO

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920

[w]as not an announcement regarding the long-term [d]isability plan?

A. I never attended any meeting for long-term [d]isability.

Q. As you sit here today, do you know if, in fact, meetings were held but you didn't attend them?

A. I don't believe meetings were held. It's my belief that meetings were not held, because I would have attended.

Q. So the fact that you didn't attend a meeting leads you to conclude that meetings were not, in fact, held?

A. That's correct.

Q. That's correct. All right.

A. I do not recall any announcement being made.

Q. How was it that you received a copy of SBD1?

A. The blue one?

Q. I'm sorry. Let me take two steps back. There came a point in time where you received a copy of the Prudential --

A. Okay, I called Ms. Mattiello. She sent it out to me.

Q. Prior to, sometime during 1999 when the carrier changed from Hartford to Prudential, copies of the plan summary and the booklet were distributed to

employees?
A. No.
Q. When was it that you first obtained a copy of the Prudential plan summary?
A. After I left, when I found out from Linda Haddock that the carrier changed.
Q. So it's your testimony that you don't recall receiving a planned document generated by the Prudential in 1999?
A. Correct.
Q. In connection with your case, you have contacted different former employees of Hope Global, correct?
A. Yes.
Q. What has been the reason that you contacted different employees of Hope Global?
A. I asked them if they remembered a meeting of any change in the disability plan.
Q. Okay. Who did you contact?
A. I contacted Denise Rowe, Todd Deizek, Duane Davis. I haven't given you his name. I don't have his address right now.
Q. I'm sorry, Duane?
A. Duane Davis, D-A-V-I-S.
Q. Where is he at?
A. He's in Cranston. I could get you his

MR. O'GARA: I have one.

(OFF THE RECORD)

(DEFENDANT'S EXHIBIT H MARKED FOR ID)

Q. Ma'am, I'm showing you what has been marked as Defendant's Exhibit H. Do you have that in front of you?

A. Yes.

Q. What is that document?

A. That is a summary plan description from Prudential.

Q. Can we refer to that hopefully for the sake of simplicity as SPD1?

A. Yes.

Q. That's how you referred to it in your complaint?

A. Yes.

Q. Ma'am, do you recall if when Prudential began providing long-term disability if the amount that was deducted from your paycheck changed?

A. It changed from when I received my Social Security benefits.

Q. I'm sorry. I'm not being clear. During the time period that you were employed by Hope Global, you told me earlier that certain moneys were deducted from your pay each week to pay for the long-term disability coverage, right?

A. Yes.

Q. That was, that was a few dollars a week, but you're not sure of the exact amount, correct?

A. Right.

Q. Do you know if when Prudential began providing coverage if the amount deducted from your paycheck changed at all, if you can recall?

A. I don't recall. I don't recall, because I didn't know that there was a change in benefits. In other words, Hope Global made the choice for me.

Q. As far as Hope Global made the choice as far as who would provide the long-term disability coverage?

A. Right, and I had no knowledge of that. I was under the impression that everything was still the same.

Q. I asked you last time we were here, there was a letter from the company's attorney to you wherein he indicated that you were apparently reading, you were requesting a copy of SPD1 and you were reading from the policy to him. Do you recall that?

A. I don't understand what you're saying.

Q. Sure. Do you recall a conversation with an attorney for the company wherein you were requesting copies of insurance, the long-term disability policies?

THE WITNESS: Okay. Let me see if I got this straight.

MR. O'GARA: Sure.

THE WITNESS: A conversation with Mr. Hirsch?

MR. O'GARA: Yes.

A. I remember a conversation with Mr. Hirsch asking him to provide me a copy of the, of SPD1. He said I was not entitled to it.

Q. When you said SPD1, did you mean SPD2?

A. Yes. This is confusing.

Q. It is for all of us.

A. I'm sorry. I apologize.

Q. There is nothing to be sorry about. You had a conversation with Mr. Hirsch, and you were requesting a copy of SPD2?

A. The old plan.

Q. At the time that you had that conversation you had in your possession SPD1?

A. Right.

Q. At one point Ms. Mattiello had mailed you a copy of it, SPD1?

A. That's right.

Q. I believe it was your testimony that you said it could have been possible that at some point during

your employment you had been provided a copy of SPD1, but you weren't able to locate it when you needed it; is that a fair statement?

A. It's a fair statement. I don't remember, I don't remember getting one. I have to be honest with you. I don't remember getting one.

Q. Can I take from your answer that you don't recall getting one, but it's possible that you did, you just don't have a recollection as you sit here today of, in fact, getting a copy of it; is that fair?

A. It's fair. It could be.

Q. Okay. Do you know -- during the time period that you worked for Hope Global, how much interaction would you have with Dorothy Mattiello?

A. At one point she was my supervisor.

Q. Okay. Her position with the company was what when she was your supervisor?

A. Director of Human Resources.

Q. Okay. So to the extent you wanted to receive copies of SPD1 or materials related to the health insurance or materials related to the 401(k), if you made a request of Dorothy Mattiello when she was your supervisor, would those be the types of documents that she would provide to you?

A. Yes.