UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LORRAINE FEMINO
Plaintiff

vs. C.A. No. 05-019ML

NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION
Defendants

AFFIDAVIT OF LINDA HADDOCK

I, Linda Haddock, upon personal knowledge make this affidavit:

1. I have worked for NFA Corporation d/b/a Hope Global ("NFA") for fourteen years at the company's facility in Cumberland Rhode Island.

2. Since 1995 I have worked as the HR Specialist. I am responsible to coordinate the various benefits offered to employees through the corporate benefit package. My duties also include providing employees with information regarding the various benefit plans. (There are approximately 300 employees working in Cumberland).

3. Since I have been with the company, it has offered a long-term disability plan ("Plan"). Ms. Femino participated in the Plan.

4. When new employees are hired, they are offered the opportunity to enroll in the Plan. If a new employee expresses an interest in the Plan, I will provide the employee with the Plan documents for his or her review.

5. In February of 1999 Prudential Insurance Company of America ("Prudential") became the insurance carrier for the Plan. Employees participating in the Plan were mailed via first class mail a copy of the Plan document. (A true and accurate copy is attached as Exhibit H to the deposition of Lorraine Femino).

7. As part of my job, I respond to questions from employees regarding the various benefit plans. The plan documents are available and provided to any and all employees requesting written materials. Because I speak Portuguese and Spanish, I am able to assist our employees that may not be fluent in English.

I, Linda Haddock, under the pains and penalties of perjury affirm to the best of knowledge and belief the statements contained herein are true and accurate.

Executed on March 16, 2006.

Linda Haddock

Linda Haddock

*/0131/97