# Hope Webbing Company

**LTD Plan Design:**

| | |
|---|---|
| Elimination Period: | 180 Days |
| Scheduled benefit: | 60 % |
| Maximum benefit: | $5,000 |
| Minimum benefit: | $100 |
| Benefit duration: | to Social Security Normal Retirement Age with Mod Alt B |
| Social security offset: | Family |
| Third party liability offset: | Applies |
| Individual Disability Income AIL: | Does not apply |
| Regular occupation provision: | 60 months |
| 40 hour work week provision: | Applies |
| Partial disability: | Applies |
| Return to work incentive: | 12 Months |
| Residual: | Applies |
| Rehabilitation requirement: | Applies |
| Indexing or pre-disability earnings: | Applies |
| Mental and nervous limit: | 24 Months |
| Self reported symptoms limit: | Applies 24 Months |
| Survivor benefit: | 6 x Gross Monthly Benefit |
| Pre-existing conditions: | 3/12 Prudent Person pre-existing condition exclusion applies |
| Definition of who is eligible: | All full time office, executive, and clerical employees |
| Definition of earnings: | Does not include commissions or bonus. |
| Minimum participation required: | 75% participation required for the Hope employees |