UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 02 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LORRAINE FEMINO** | : | |
| **VS.** | : | **Civil Action No. 05-019ML** |
| **NFA CORPORATION d/b/a HOPE GLOBAL** | : | |

**MOTION REQUESTING RECONSIDERATION OF EXTENSION OF DISCOVERY CLOSURE DATE**

Now comes the Plaintiff Lorraine Femino, in the above-entitled matter, respectfully requesting the Court reconsider the extension of the discovery closure date. The reasons are set forth in the attached memorandum.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ___
Mary M. Lisi, U.S. District Judge
Date: 3/20/06

Plaintiff Lorraine Femino
Pro Se

Lorraine Femino
4 Bayou Drive
Greenville, R.I. 02828
Tel: (401) 949-4933

4/10/06: DENIED. PLAINTIFF HAS NOT SHOWN GOOD CAUSE FOR AGAIN EXTENDING THE CLOSURE OF DISCOVERY.
USMJ



79