FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LORRAINE FEMINO** :
:
:
**VS.** : **Civil Action No. 05-019ML**
:
:
**NFA CORPORATION d/b/a HOPE** :
**GLOBAL, et al.** :

**PLAINTIFFS MOTION FOR ENLARGEMENT OF TIME FOR DISCOVERY CLOSURE AND TO FILE DISPOSITIVE MOTION**

Plaintiff Lorraine Femino hereby moves, pursuant to rule 6(b)(1), for an enlargement of time from March 10, 2006 to April 10, 2006 for discovery closure and March 24, 2006 to April 24, 2006 to file its motion for summary judgment. Plaintiff awaits a ruling by District Judge Lisi on plaintiffs appeal to pretrial order denying plaintiffs motion to compel discovery of documents. Plaintiff also respectfully refers the Court to plaintiffs previous request for enlargement of time for discovery closure until March 10, 2006 which plaintiff has not yet received notice on from the Court.

Wherefore, the Plaintiff respectfully requests that the Court grant this motion and permit it an enlargement of time as requested herein or as the Court deems appropriate.

Respectfully submitted

Lorraine Femino
Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

Referred to U.S.M.J. Almond
[ ] for findings & recommendation
[ ] for determination

Mary M. Lisi, U.S. District Judge
Date: 3/21/06

4/10/06: DENIED FOR LACK OF GOOD CAUSE SHOWN AND IN VIEW OF THE COURT'S DENIAL OF PLAINTIFF'S MOTIONS FOR RECONSIDERATION ON MARCH 14 AND APRIL 4, 2006.
[signature] USMJ