UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORRAINE FEMINO

VS. C.A. NO. 05-019ML

NFA CORPORATION d/b/a HOPE GLOBAL and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT and NFA CORPORATION and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION

DEPOSITION OF DENISE RHEAULT, a Witness in the above-entitled cause, taken on behalf of the Plaintiff, before Jane M. Poore, Notary Public, RPR, in and for the State of Rhode Island, at the offices of Holland & Knight, LLP, One Financial Plaza, Providence, Rhode Island, on January 13, 2006, at 3:00 P.M.

PRESENT:

FOR THE PLAINTIFF:
HOLLAND & KNIGHT, LLP
BY: WILLIAM E. O'GARA, ESQUIRE

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, R.I. 02920
(401) 946-5500

PLAINTIFFS EXHIBIT #16

maybe every other week or so I might see her.
Q. And would that entail your visiting her at her home or her coming to your home?
A. Going to her place.
Q. And what, if anything, has she told you about the lawsuit that she has brought against Hope Global?
A. The only thing I know is that she asked me if I remembered having -- if I remembered any meeting for the long-term disability. As far as anything else, we haven't spoken about anything else.
Q. And I take that you don't recall attending a meeting?
A. No, not at all.
Q. And you would agree with me that it's possible that a meeting could have been held, but you were on vacation or out sick or somewhere out of the building?
A. Could be. I'm not going to say no because --
Q. Because you don't know one way or another?
A. No.
Q. When you say no --
A. I mean, I wasn't told there was a meeting, in other words. No one made me aware that there was a meeting concerning the long-term disability.
Q. But you would agree with me it's possible that a

meeting was held, and you were absent on the day that a meeting was held?
A. Could be.
Q. When you started with Hope Global in 1996, do you recall who the personnel director was at that time? Was it Roger Morris?
A. No, he had left, so it was Dorothy.
Q. And when you say Dorothy, it's Dorothy Mattiello?
A. Yes.
Q. When you started with the company in June of 1996, did you sign up for a long-term disability policy?
A. Yes, I did.
Q. And at the time that you started, do you recall receiving any documents related to that policy?
A. Yes, I did.
Q. And who provided that document to you?
A. Dorothy.
Q. That was something --
A. Mattiello.
Q. And that was something you received as part of the hiring process?
A. Right. I'm not sure if it was exactly when I was hired or it was further down the road. I think I was there about a year, I think, before or close to a year before they even mentioned the

long-term disability, if I recall.
Q. But at the time you signed up for it, you received information describing what the benefits were?
A. Yes.
Q. Do you recall if you ever reviewed the book -- did they give you a booklet that described the benefits?
A. I think it was like a paper booklet.
MR. O'GARA: Hold on a minute, let's go off the record for a second. I have a document I have to get.
(OFF THE RECORD)
MR. O'GARA: Can you mark this for me.
(PLAINTIFF'S EXHIBIT 1 MARKED FOR IDENTIFICATION)
Q. I'm going to show you what's been marked as Exhibit 1. Do you have that in front of you?
A. Yes, I do.
Q. Does that, and I know it's been nearly 10 years that you worked at Hope Global --
A. That doesn't look familiar.
Q. You don't recognize it one way or another?
A. No, I'm sorry.
Q. The document that you received regarding the long-term disability policy, was it a document

kind of similar to what I've shown you?
A. No, I just remember sheets of paper.
Q. Okay, that's fine. Was that something that you reviewed at all to see what the provisions were in the long-term disability?
A. When I worked there, yes.
Q. And was it something that when you reviewed it, you were able to understand what the benefits were that were provided under the plan?
A. I think so, yes.
Q. And when you worked at Hope Global, if you had any questions regarding benefits, was that something that you could go to Dorothy Mattiello?
A. Yes.
Q. And get information?
A. Yes.
Q. Did you find that the company was helpful as far as responding to any questions that you had regarding the benefits that were offered?
A. Yes, I was. I never really had to ask any questions.
Q. Do you recall that periodically there would be meetings held on different topics when you worked at the company?
A. I remember one meeting in particular was a

401(k), but that was Mr. Cassidy.
Q. That did that?
A. Yes.
Q. And how about meetings related to health insurance; do you recall any of those meetings?
A. I don't recall.
Q. And you left the company in July or August of 1996?
A. '99.
Q. I'm sorry, 1999, and I'm assuming that if I went and looked at your personnel file, I could probably figure out exactly when you left?
A. When I left.
Q. And where did you go after your employment?
A. I went to Pawtucket -- God, what was the name of that place? It's in Pawtucket. It's a textile. I'm sorry, I just can't think of the name.
Q. That's okay, and after that firm where did you go next?
A. From there I went to Cardi Health Center in Central Falls.
Q. What did you do at Cardi's?
A. I was a medical receptionist. I did some of the medical billing. I dealt with the residents.