UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Lorraine Femino :
:
VS. : C.A. NO.: 05-019ML
:
NFA Corporation, d/b/a Hope :
Global and Dorothy Mattiello :
In her Capacity as Hope :
Global Human Resources Vice :
President and NFA Corporation :
And Bruce Barth in his :
Capacity as Attorney for :
NFA Corporation :

DEPOSITION OF THEODORE DZIEDZIC, a Witness for the above-entitled cause, taken on behalf of the Defendants, before Elizabeth Greeley, Notary Public, in and for the State of Rhode Island, at the offices of Holland and Knight, One Financial Plaza, Providence, Rhode Island, on January 6, 2006 at 1:00 P.M.

PRESENT:
FOR THE DEFENDANTS...........HOLLAND & KNIGHT
BY: WILLIAM O'GARA, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920

PLAINTIFFS EXHIBIT #17

Q. Okay.

A. She was asking me what I remembered about that long-term disability.

Q. You worked for the company for a number of years, Mr. Dziedzic?

A. Yes. I worked for Hope, it was Hope Webbing, from July of 1984 to July of 2005.

Q. During that time period from '84 to 2005 did you purchase the long-term disability, a long-term disability insurance policy that was offered by the company?

A. Yes, I did.

Q. Did you purchase a long-term disability policy offered by the company during the entire time that you were employed?

A. I thought I had, but I think there were various times where they changed payroll and they forgot to put it back on. It was probably just a mistake. When I found out, they would add it back.

Q. Periodically would you -- strike that. Do you recall if when you started with the company if you signed up for the long-term disability insurance?

A. I'm not 100 percent sure if I did when I first started.

Q. Did you at any point during your employment with

Hope receive a document, an insurance policy that kind of summarized what the benefit was?

A. To be honest with you, I don't recall receiving anything.

Q. Okay. Do you recall receiving documents related to 401(k) benefits?

A. I believe, yes. I do remember receiving them, 401(k) benefits. It's been a long time.

Q. To your knowledge, when did the Plaintiff start working for Hope?

A. I'm not sure.

Q. You're familiar with Mr. Morris?

A. Yes.

Q. Did you contact Mr. Morris before coming here today?

A. Yes, I did.

Q. You're aware that Mr. Morris appeared for a deposition earlier today?

A. Yes, I am.

Q. Is it your -- Mr. Morris testified that it was his practice as the personnel director to provide new employees with a copy of the policy for the long-term disability insurance, if they elected to purchase the coverage; is that consistent with your understanding?

A. I don't know what -- he came, he was employed