UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| VS. | : | Civil Action No. 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**PLAINTIFFS REQUEST FOR RECONSIDERATION OF AN ENLARGEMENT OF TIME FOR THE SUBMISSION OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Lorraine Femino hereby moves, pursuant to rule 6(b)(1), for reconsideration for an enlargement of time for the singular purpose of submitting Plaintiffs Motion for Summary Judgment which is filed with this request. Plaintiff respectfully requests the Court gives consideration to several factors affecting Plaintiffs delay in filing.

In this litigation, there is the matter of a substantial amount of missing documents which will have an impact on the outcome of all claims. At the hearing on January 25, 2006, Judge Almond instructed defendants to deliver to plaintiff NFA Corporation meeting minutes which Defendant agreed to provide in the hearing. After the hearing, plaintiff learned from Counsel for NFA that what NFA was representing as meeting minutes were not minutes in any legal form and that no minutes actually existed. The impact of having no meeting minutes along with the lack of a substantial amount of other plan documents is a critical factor in this litigation as is explained in the motion for summary judgment in the matter of the legality of the plan amendment of 1999 (see

Plaintiffs Motion for Summary Judgment, Summary of Plaintiffs Claims page 2 ¶ 1). Plaintiff believed that all reasonable attempts should be made on behalf of all parties to obtain all information and ensure proper claims were filed in plaintiffs Motion For Summary Judgment. Plaintiff believed the actions were reasonable in light of the circumstances of the amount of missing plan documents and the matters to be heard by this Honorable Court which lack sufficient precedent in the First Circuit.

Plaintiff also requests the Court give consideration to plaintiffs time away to visit an ill father in California from April 10, 2006 until April 20, 2006 which plaintiff did advise all parties of the time away. Plaintiff did receive the Order denying plaintiffs request from Judge Lisi only several days before leaving. Since returning, Plaintiff has been attempting the task of finalizing all paperwork in light of being ill from the trip due to disability.

Plaintiff respectfully requests this Court grant Plaintiffs request for enlargement of time for the purpose of filing plaintiffs Motion for Summary Judgment.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26 th day of April, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933