UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO<br>Plaintiff | : | |
| v. | : | C.A. No.: 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL, and DOROTHY MATTIELLO in her capacity as HOPE GLOBAL HUMAN RESOURCES VICE PRESIDENT, and NFA CORPORATION, and BRUCE BARTH in his capacity as ATTORNEY FOR NFA CORPORATION<br>Defendants | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF HOLLAND & KNIGHT, LLP**

Please take notice that counsel of record for defendants, NFA Corporation d/b/a Hope Global, and Dorothy Mattiello in her capacity as Hope Global Human Resources Vice President, and NFA Corporation, and Bruce Barth in his capacity as Attorney for NFA Corporation, William O'Gara is now with the firm of Pannone, Lopes & Devereaux, LLP, and his prior firm, Holland & Knight, LLP, is no longer counsel in this matter.

Harold W. Potter, Jr. (BBO #404240)
For Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Phone: (617) 523-2700
Fax: (617) 523-6850

Dated: April 21, 2006

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid, to Lorraine Femino, 4 Bayou Drive, Greenville, RI 02828 and William E. O'Gara, Esq., Pannone, Lopes & Devereaux LLP, 1800 Financial Plaza, Providence, RI 02903 on this 24th day of April, 2006.

Bonnie J. Dooley

# 3725387_v1