UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| | : | |
| VS. | : | Civil Action No. 05-019ML |
| | : | |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**PLAINTIFFS MOTION REQUESTING RECONSIDERATION FOR ENLARGEMENT OF TIME FOR SUBMISSION OF OBJECTIONS TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Lorraine Femino hereby moves, pursuant to rule 6(b)(1), for reconsideration for an enlargement of time for filing Plaintiff Objections to Defendants motion for summary judgment.

Plaintiff respectfully requests this Honorable Court give consideration to the fact that Plaintiff was waiting for a final ruling on a request for an enlargement time for discovery to account for Plaintiffs continuing request for plan documents. As the Court will discover in this matter, the large amounts of missing documents is a substantial issue in this litigation. Plaintiffs efforts to close this issue properly was not intended to create an enlargement of time unto itself, but to close the relevant issue of missing plan contracts and missing meeting minutes. Plaintiff received word of the denial of Plaintiffs request for reconsideration just before plaintiff was scheduled to visit plaintiffs ill father in California between April 10, 2006 and April 20, 2006. Plaintiff informed Judge Almond's office and Defendants of this time away just before leaving on Monday morning April 10, 2006. Plaintiff did error by not informing Judge Lisi's office also.

Plaintiff asks that the Court give additional consideration to plaintiffs ill condition and that Plaintiff must rely on the irregular assistance of friends to help in these matters.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and permit Plaintiff to submit Plaintiffs Objections to Defendants Motion for Summary judgement at this date.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 27th day of April, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933