UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-019ML |
| | ) | |
| NFA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant NFA Corporation, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves for an enlargement of time to submit its opposition to the plaintiff's Motion For Summary Judgment. In support of this motion, counsel for the Defendant states that due to other pressing professional and personal commitments, additional time is required to prepare the Defendant's opposition. This motion is made in good faith and not for purposes of delay. Wherefore, the Defendant respectfully requests an enlargement of time until June 5, 2006, to submit its opposition to Plaintiff's Motion For Summary Judgment.

Respectfully submitted,

NFA CORPORATION,

By its attorneys,

William O'Gara (RJC)

William E. O'Gara, Esq. (#4257)
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
824-5100
824-5123 (Fax)

## CERTIFICATION

I hereby certify that on the 15th day of May, 2006, a true and correct copy of the foregoing document was served by U.S. Mail, postage pre-paid, to the following:

Lorraine Femino
4 Bayou Drive
Greenville, RI 02828

Suzy Oliveira
_______________________