UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORRAINE FEMINO :
:
:
:
VS. :
: C.A. 05-019ML
:
:
NFA CORPORATION d/b/a HOPE :
GLOBAL, et al. :

**PLAINTIFFS MOTION REQUESTING ENLARGEMENT OF TIME**

Pursuant to Federal Rules of Civil Proceedure 6(b), Plaintiff Lorraine Femino respectfully requests an enlargement to time to file objections to defendants Motion to Strike Portions of Plaintiffs Undisputed Material Facts and also Defendants Objections to Plaintiffs Motion for Summary Judgment. Plaintiff states information and belief that there are substantive issues of fact and law with defendants motions which plaintiff will work to resolve with defendants. Plaintiff respectfully requests time until July 15, 2006, or an amount of time the Court feels is appropriate, to attempt appropriate resolutions with defendants of all matters.

Respectfully submitted

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 15th day of June, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933