UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LORRAINE FEMINO | : | |
| VS. | : | C.A. 05-019ML |
| NFA CORPORATION d/b/a HOPE GLOBAL, et al. | : | |

**PLAINTIFFS MOTION REQUESTING ENLARGEMENT OF TIME FOR THE PURPOSE OF FILING OBJECTIONS**

Pursuant to Federal Rules of Civil Proceedure 6(b), Plaintiff Lorraine Femino respectfully requests an enlargement to time to file with this Motion Plaintiffs Objections to Defendants Motion to Strike Portions of Plaintiffs Undisputed Material Facts and also a also a reply to Defendants Objections to Plaintiffs Motion for Summary Judgment. Plaintiff respectfully requests the Court give consideration in this matter to plaintiffs disability and limited resources to prepare documents in this litigation in accordance with specified timeframes. Plaintiff also respectfully requests the Court give consideration to plaintiffs prompt filing following the denial of plaintiffs previous motion for reconsideration of enlargement of time. .

Respectfully submitted

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 10 day of July, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933