**Sworn Affidavit of Lorraine Femino**

Lorraine Femino, being duly sworn, declares and states as follows:

1. On the morning of April 10, 2006, I was scheduled to fly to San Diego, California to visit an ill father.

2. I received in the morning mail on April 10, 2006, a denial of my request to the Court to enlarge time as previously submitted by me on March 15, 2006.

3. I did call Counsel for Defendants on April 10, 2006 to state my circumstances of (1) and (2) above and if Counsel would permit my filing of all Dispositive motions and objections shortly after my return from San Diego, Ca..

4. Counsel in (3) above did inform me that no objections would be filed on my requested late filing.

5. Following my call in (3) above and on April 10, 2006, I called Judge Lincoln Almond's office to report my circumstances and that Counsel did not object to my filing all motions shortly after my return from San Diego in (1) above.

6. I returned from San Diego on April 20, 2006 and immediately fell into a flare-up due to my disability and from the long plane trip of April 20, 2006 which kept me bedridden until on or about April 24, 2006.

7. Upon recovering from my flare-up in (6) above, I did complete all motions which had been substantially completed before my departure on April 10, 2006.

8. Plaintiff suffers from a disabling medical impairment and substantial limitations in the use of hands and is under the regular care of a doctor for these impairments.

Lorraine Femino

Lorraine Femino
4 Bayou Drive
Greenville, R.I02828
(401) 949-4933

Subscribed and sworn to before me this 26th day of July, 2006

Jean-Marie Daniels
Notary Public
My Commission Expires 4/3/2010

Jean-Marie Daniels
Notary Public, Rhode Island
My Commission Expires 4/3/2010