UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LORRAINE FEMINO** :
:
:
**VS.** :
: **C.A. 05-019ML**
:
:
**NFA CORPORATION d/b/a HOPE GLOBAL, et al.** :
:

FILED
JUL 26 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFFS MOTION FOR RECONSIDERATION OF DECISIONS TO DENY PLAINTIFFS FILING OF MOTION FOR SUMMARY JUDGMENT AND OBJECTIONS TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT.**

Pursuant to Federal Rules of Civil Procedure 52(b), Plaintiff Lorraine Femino respectfully requests reconsideration of the Courts decision to deny plaintiffs submission of Motion for Summary Judgment and also denial of Objections to Defendants Motion for Summary Judgment. As grounds, plaintiff attaches a Memorandum of Law.

Denied.
Mary M. Lisi
USDJ 8/15/06

Respectfully submitted

Lorraine Femino

Lorraine Femino, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401)-949-4933

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served by United States Postal Mail, postage prepaid on this 26 day of July, 2006 to:

William E. O'Gara, Counsel for Defendants
One Financial Plaza, Suite 1800
Providence, RI 02903

Lorraine Femino

Lorraine Femino, Plaintiff, Pro Se
4 Bayou Drive
Greenville, R.I. 02828
(401) 949-4933