# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**LORRAINE FEMINO**

**VS.** **C.A. NO. 05-19ML**

**NFA CORPORATION, d/b/a**
**Hope Global, DOROTHY MATTIELLO,**
**in her capacity as Hope Global Human**
**Resources Vice President and BRUCE BARTH,**
**as Attorney for NFA Corporation**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Dorothy Mattiello, in her capacity as Vice President of Human Resources for Hope Global, and Bruce Barth, in his capacity as Attorney for NFA Corporation, pursuant to the Memorandum and Order dated October 6, 2005 GRANTING defendants Motion to Dismiss.**

**Judge shall enter for the defendant, NFA Corporation, d/b/a Hope Global, pursuant to the Memorandum and Order dated July 17, 2006 GRANTING defendant's Motion for Summary Judgment.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: September 5, 2006